NO









NO. 12-09-00247-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

SENIOR LIVING PROPERTIES,
LLC.,         '     APPEAL
FROM THE 7TH

APPELLANT

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

CLARA JOLENE ALVARES,

INDIVIDUALLY
AND AS                                '     SMITH COUNTY, TEXAS

REPRESENTATIVE OF THE
ESTATE

OF CLARA MAE FOSTER,
DECEASED

AND ON BEHALF OF WILLIAM
EDGAR

FOSTER AND THE ESTATE OF
JIMMY

LOUISE CARNES, APPELLEES





                                                      MEMORANDUM
OPINION

PER CURIAM

            Appellant
and Appellees have filed an agreed motion to dismiss this appeal.  In their
motion, the parties state that they have reached a resolution of this dispute
and no longer wish to pursue the appeal.  Because the parties have met the
requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is
granted, and the appeal is dismissed.  

Opinion delivered December 2, 2009.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

(PUBLISH)